EXHIBIT B

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2018-03-28 12:59:46 EDT |
| **Mark:** | GRAM |

*gram*

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87810181 | **Application Filing Date:** | Feb. 25, 2018 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | New application will be assigned to an examining attorney approximately 3 months after filing date. | | |
| **Status Date:** | Mar. 06, 2018 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | GRAM |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Financial services, namely, providing a virtual currency for use by members of an on-line community via a global computer network | | |
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Lantah LLC | | |
| **Owner Address:** | 3970 Tampa Road, Suite B<br>Oldsmar, FLORIDA 34677<br>UNITED STATES | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | FLORIDA |

## Attorney/Correspondence Information

| | | | |
|---|---|---|---|
| | **Attorney of Record - None** | | |
| | **Correspondent** | | |
| **Correspondent Name/Address:** | LANTAH LLC<br>LANTAH LLC<br>3970 TAMPA ROAD, SUITE B<br>OLDSMAR, FLORIDA 34677<br>UNITED STATES | | |
| **Correspondent e-mail:** | contact@lantah.com danielhjeffery@gmail.com | **Correspondent e-mail Authorized:** | Yes |
| | **Domestic Representative - Not Found** | | |

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 06, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 28, 2018 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| **Current Location:** NEW APPLICATION PROCESSING | **Date in Location:** Mar. 06, 2018 |

# gram

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 87810181
Filing Date: 02/25/2018

NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | gram |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | gram |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Lantah LLC |
| *STREET | 3970 Tampa Road, Suite B |
| *CITY | Oldsmar |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 34677 |
| EMAIL ADDRESS | contact@lantah.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| WEBSITE ADDRESS | https://Lantah.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Florida |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 036 |
| | Financial services, namely, providing a virtual currency for use |

| | |
|---|---|
| *IDENTIFICATION | by members of an on-line community via a global computer network |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Lantah LLC |
| FIRM NAME | Lantah LLC |
| *STREET | 3970 Tampa Road, Suite B |
| *CITY | Oldsmar |
| *STATE (Required for U.S. addresses) | Florida |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 34677 |
| *EMAIL ADDRESS | contact@lantah.com;danielhjeffery@gmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Daniel H Jeffery/ |
| * SIGNATORY'S NAME | Daniel Halterman Jeffery |
| * SIGNATORY'S POSITION | Principal |
| * DATE SIGNED | 02/25/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 87810181**
**Filing Date: 02/25/2018**

## To the Commissioner for Trademarks:

**MARK:** gram (Standard Characters, see mark)
The mark in your application is gram.


The applicant, Lantah LLC, a limited liability company legally organized under the laws of Florida, having an address of
   3970 Tampa Road, Suite B
   Oldsmar, Florida 34677
   United States
   contact@lantah.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 036:  Financial services, namely, providing a virtual currency for use by members of an on-line community via a global computer network
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).


For informational purposes only, applicant's website address is: https://Lantah.com
The applicant's current Correspondence Information:
   Lantah LLC
   Lantah LLC
   3970 Tampa Road, Suite B
   Oldsmar, Florida 34677
   contact@lantah.com;danielhjeffery@gmail.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

### Declaration


   **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **AND/OR**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Daniel H Jeffery/   Date: 02/25/2018
Signatory's Name: Daniel Halterman Jeffery
Signatory's Position: Principal
Payment Sale Number: 87810181
Payment Accounting Date: 02/26/2018

Serial Number: 87810181
Internet Transmission Date: Sun Feb 25 21:59:08 EST 2018
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XX-20180225215908227
933-87810181-5101a7a493c49cbf99acec752c2
9f17c51d7b5e795c21a231ad8d676895ae63-CC-
7670-20180225210136014995

gram