IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEGRAM MESSENGER INC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LANTAH, LLC,<br><br>　　　　Defendant. | Case No. 18-cv-02811-CRB<br><br>**ORDER STAYING MOTION FOR SUMMARY JUDGMENT** |

On August 8, 2018, this Court granted a preliminary injunction in favor of Plaintiff Telegram Messenger Inc. See Order on Motion for Preliminary Injunction (dkt. 39); Preliminary Injunction (dkt. 40). On September 6, 2018, Plaintiff filed a Motion for Summary Judgment based on precisely the same issues. See MSJ (dkt. 43). The following day, Defendant Lantah, LLC appealed the Court's preliminary injunction rulings. See Notice of Appeal (dkt. 44). Because the Motion for Summary Judgment is inextricably bound up with the Preliminary Injunction, and in the interest of judicial efficiency, the Court STAYS Plaintiff's Motion for Summary Judgment pending disposition of the interlocutory appeal by the Ninth Circuit. See 28 U.S.C.A. § 1292(a)(1) (court of appeals has jurisdiction over appeals from district court orders granting injunctions); Paige v. State of Cal., 102 F.3d 1035, 1039 (9th Cir. 1996) (court of appeal "jurisdiction under § 1292(a)(1) extends only to the 'matters inextricably bound up with the injunctive order from which the appeal is taken.'"); CMAX, Inc. v. Hall, 300 F.2d 265, 268 (9th Cir. 1962) ("A district court has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants."). The Court further VACATES the hearing on that motion, currently set for

October 12, 2018.

**IT IS SO ORDERED.**

Dated: September 26, 2018



CHARLES R. BREYER
United States District Judge